UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELORA BERTRAND

    v.                                      3:12CV487(JCH)

CHASE ASSET RECOVERY CORP.
THOMAS CASTLE
DOES, 1-5

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's Motion for Default Judgment pursuant to FRCvP 55(b) of the Federal Rules of Civil Procedure.

The Court has reviewed all of the papers filed in conjunction with the Motion. On May 23, 2013, a default under Rule 55(a) FRCvP entered against defendant, Chase Asset Recovery Corp. and on October 31, 2013 the court entered an Order granting the plaintiff's Motion. Plaintiff, Melora Bertrand is awarded $1,000 in statutory damages, $501.61 in costs and $2,495 in attorney's fees for a total award of $3,996.61.

In addition, on August 16, 2013 plaintiff filed a Notice of Voluntary Dismissal, dismissing defendants Thomas Castle and Does 1-5 (Doc. No. 25).

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff, and against the defendant in the amount of $3996.61, and the case is closed.

Dated at New Haven, Connecticut, this 31st day of October, 2013.

                                                      Robin D. Tabora, Clerk

Entered on Docket: 11/1/2013              /s/ Diahann Lewis
                                                            Deputy Clerk